In the Matter of JOHN J. MEEHAN, an attorney-at-law.

November 18, 1963.   Resignation with prejudice accepted.

In the Matter of EDWARD O. WEST, an attorney-at-law.

April 15, 1964.   Respondent reinstated posthumously to good standing.